# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

STEVEN K STANLEY

_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

1  PATRICK MULCAHY 1322

2  BRIAN KENNEDY

3  ALARIC J FOX

   WARDEN LAJOIE

4  MATTHEW C GEDANSKY

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 307CV 717 (SRU)
(To be supplied by the court)

## A. PARTIES

STEVEN K STANLEY is a citizen of CONN
(Plaintiff)                         (State)
who presently resides at GATES.C.I. 131 N.BRIDEBROOK RD. NIANTIC CT 06357
(mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: 144056

2. Defendant PATRICK MULCAHY is a citizen of CONN
   (name of first defendant)                    (State)
whose address is 1320 TOLLAND STAGE RD TOLLAND CT 06084

and who is employed as <u>CONN STATE POLICE OF TOLLAND TROOP C</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___Yes _X_No. If your answer is "Yes," briefly explain:
<u>HE ARRESTED ME FOR A LETTER THAT WAS NOT MINE AND SAID I SENT THIS LETTER AND THAN ON HIS POLICE REPORT IT SAID IT WAS BROUT TO HIM BY D_C F UNDER OUTH HE SAID HE OPEN THIS LETTER</u>

3. Defendant <u>BRIAN KENNEDY</u> is a citizen of <u>CONN</u>
   (name of second defendant)                                    (State)

whose address is <u>1320 TOLLAND STAGE RD TOLLAND CT 06084</u>

and who is employed as <u>CONN STATE POLICE OF TOLLAND TROOP C</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law ___Yes _X_No. If your answer is "Yes," briefly explain:
<u>HE TO SAID I SENT THIS LETTER AND PUT A BOUND ON ME OF THE AMOUNT OF 10,000;000 AND HE HAD ME ARRESTED AND PUT IN JAIL FOR THIS LIE</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   **XXXXXXX**   42 U.S.C. § 1983 (applies to state prisoners)

   ___   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____
_____

2

2_B 

## A PARTIES

4 ALARIC J FOX OF CONN STATE POLICE TROOP C

1320 TOLLAND STAGE RD TOLLAND CT 06084

ARRESTED ME FOR THIS LETTER THAT WAS NOT MINE OR MY HAND WRITEING TO PROVE THAT I EVER SENT THIS LETTER AT ALL

AT THE TIME OF THE CLAIM THE DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW **NO**

5 matthew c gedansky ga 19 rockville court
20 park st rockville ct 06066

REFUSED TO TAKE MY STATEMENT FOR ME TO PRESS CHARGES AGAINST POLICE FOR THE FALEST ARRESTING ME FOR THIS LETTER THAT I NEVER WROTE AND THIS STATES ATTORNEY IS FREND WITH THIS COP SO THERE IS A CONFLICK OF INTRUST AND MY RIGHT WERE VIOLATED UNDER DUE PROSSES

AT THE TIME OF THE CLAIM THE DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW **NO**

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

THERE IS A 3 PAGE LETTER MARKED CASE OF LOVE LETTER DOCKET NO
CR04-0082011 CASE DPS-04-023947
WITCH WILL TELL YOU THE HOLE STORY

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: FOR ~~STATE POLICE~~ AND STATE ATTORNEY REFUSE TO TAKE MY STATEMENT AS STATE ATTORNEY IS COVERING UP FOR HIS COPS FRENDS AND COPS DO NOT WANT TO ARREST THERE OWN KIND

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE COPS SAID I WROTE THIS LETTER AND IT WAS BRANG TO THEM BY D C F THEN IN COURT COPS STATED A HOLE NEW STATEMENTS THAT SHOWED IT WARENT WAS A LIE TO HAVE A JUDGE SINE NOW COPS STATE UNDER OUTH HE OPEN THIS LETTER HIM SELF AND WAS NOT BROUGHT TO HIM BY D C F WITCH HIS POLICE REPORT STATED IT WAS BROUGHT TO HIM AND NOW COPS LIE UNDER OUTH AND JUDGE REFUSED TO HAVE COP ARRESTED WITCH I ASK

look at police report and his statement under outh to show all facts

Claim II: ALL LISTED IN 3 PAGE STATEMENT OF MINE STEVEN K STANLEY

3



Supporting Facts:
ALL LISTED IN 3 PAGE STATEMENT MARKED LOVE LETTER
DOCKET CR04-0082011 CASE DPS-04-023947

Claim III: LOOK AT ALL DOCKMENTS THAT POLICE STATED THAN CHANED UNDER OUTH TO PROVED THAT COPS LIED UNDER OUTH AND REFUSED TO TAKE MY STATEMENT

Supporting Facts:
LOOK AT POLICE REPORT AND THEN COPS STATEMENT UNDER OUTH ALL FACTS

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved
NOT WITH THIS CASE

in this action or otherwise relating to the conditions of your imprisonment?
\_\_\_\_Yes _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): NA

Defendant(s): NA

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
NA

d. Issues raised: NA

e. Approximate date of filing lawsuit: NA

f. Approximate date of disposition: NA

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  \_\_\_\_Yes XXX No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. XXX Yes \_\_\_\_ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

I HAVE WROTE EVERY ONE I COULD IN THIS MATTER WITH NO RESPONCE AS NOW I ASK YOUR COURT FOR A FAIR TRIAL IN THIS MATTER

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or

THERE IS NONE YET AS I WRITE YOU TO ANSWER YOUR QUESTION IS NO

5

detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

If you are not incarcerated, go to section G.

a. Parties to previous lawsuit:

Plaintiff(s): NA

Defendant(s): NA

b. Name and location of court and docket number  NA

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: NA

e. Approximate date of disposition: NA


2. Are you in imminent danger of serious physical injury? ____ Yes  NA  No.
If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief:

FOR THE POLICE TO BE ARRESTED FOR FALSE ARREST

**PUNITVE DAMAGES** FOR THE FALSE INPRISONMENT ANDMELLISHES PROSICUTION AND DEFFIMATION OF CHARACTER AND EXTREME PREJUDICE

EXTREME MENTAL DURESS CAUSING DEPRESSION AND ANXIETY UNNERESSTREY SUFFERING

THAY HAD CHARGED ME AS ONE PERSON A BOUND OF 100000 THOUSAND DOLLARS SO I AM ASKING FOR THE SAME AMOUNT FROM EACH PERSON FOR THE FALSE ARREST AND THE FACT THE POLICE LIEED UNDER OUTH TO KEEP ME IN JAIL FOR THIS LETTER THAT CLEARLEE WAS NOT MY AT ALL AS YOU WILL SEE POLICE REPORT STATED A HOLE OUTHER H. JURY DEMAND   STOREY

Do you wish to have a jury trial? Yes **X**   No ___

_____   _Stue Strey_  144056
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____   STEVEN K STANLEY
Printed Name   Printed Name

_____   GATES.C.I. 131 N.BRIDEBROOK RD

_____   NIANTIC CT.06357

( )   (860) 872-6589
Attorney's full address and telephone   Plaintiff's full address and telephone

_____   _____
Email address if available   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _ENfielD_  on _2-2-07_
(location)   (date)
_Stue S._
Plaintiff's Original Signature

(Rev. 8/25/04)

Sworn to and Subscribed before me t
2H day of Feb, 2007

7

My Commission Expires 7/31/2011